UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LON ALLEN CLARK,<br><br>           Plaintiff,<br>v.<br><br>CORY McCORMICK, et al.,<br><br>           Defendants. | Case No. 2-21-cv-00173-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**LON ALLEN CLARK,**<br>**#84953** |

TO: WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **LON ALLEN CLARK, #84953**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **LON ALLEN CLARK, #84953,** on or about July 1, 2022, at the hour of 10:15 am. for a **videoconference motion hearing** by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **LON ALLEN CLARK, #84953,** is released and discharged by the said Court; and that **LON ALLEN CLARK, #84953,,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 24th day of June, 2022.

                                                                                 **RICHARD F. BOULWARE, II**
                                                                                 **UNITED STATES DISTRICT JUDGE**