UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LON ALLEN CLARK,<br><br>　　　　　　Plaintiff,<br><br>CORY McCORMICK, et al.,<br><br>　　　　　　Defendants. | Case No.  2:21-cv-00173-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**LON ALLEN CLARK,**<br>**#84953** |

TO:　GABRIELA NAJERA, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **LON ALLEN CLARK #84953**, is presently in custody of the Southern Desert Correctional Center, Indian Springs, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce **LON ALLEN CLARK #84953**, on Thursday, June 1st, 2023, at the hour of 1:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **LON ALLEN CLARK #84953** is released and discharged by the said Court; and that **LON ALLEN CLARK #84953**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 19th Day of May, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**